# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4624

_____

FRANK DEPINTO,

Appellant,

v.

CORPORAL HOFFMAN, #114,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

August 9, 2019

PER CURIAM.

Frank DePinto appeals an order declaring him to be a vexatious litigant and imposing sanctions. A vexatious litigant is a person who, during a five-year period, "has commenced, prosecuted, or maintained, pro se, five or more civil actions in any court in this state, except an action governed by the Florida Small Claims Rules, which actions have been finally and adversely determined against such person." § 68.093(d)1., Fla. Stat. (2018). DePinto filed nine pro se civil complaints within a two-year period; all were dismissed with prejudice. In determining that DePinto is a vexatious litigant, the trial court did not err.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frank DePinto, pro se, Appellant.

Gwendolyn P. Adkins of Coppins Monroe, P.A., Tallahassee, for Appellee.